United States District Court
Southern District of Texas
**ENTERED**
October 08, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION |
| | ) Case No. 4:24-CV-04038 |
| 4615/50 NASA ONE, L.P., | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice filed October 7, 2025, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant, 4615/50 NASA ONE, L.P., be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on   October 08, 2025   .

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

cc:  Counsel of Record